1154

## TAYLOR v. STATE.
### No. 18227.

Court of Criminal Appeals of Texas.
April 29, 1936.

McKinney & Berry, of Cooper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.